*NEW YORK,*
*May, 1827.*

Houseworth
v.
Suydam.

---

## HOUSEWORTH *against* SUYDAM.

MOTION to amend the return to a certiorari directed to the marine court of the city of New-York

For the defendant, it was objected that no copy of the return and affidavit on which the certiorari was founded, had been served on the defendant's attorney as a part of the papers for the motion.

*Curia.* We require the return and affidavit, or copies, to be produced on the argument; to the end that we may determine, by comparing them, how far the amendments sought for by the motion are necessary. But we have not required that they should be served.

The return and a copy of the affidavit being produced, the court received them; and considered the motion on its merits.

*J. H. Lee,* for the motion.

*E. Cowen,* contra.

*The notice of a motion to amend a return to a certiorari, need not be accompanied with copies of the return and affidavit. These need not be served; though the originals or copies should be produced to the court on the motion.*